The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| T-MOBILE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMPLY WIRELESS, INC., <br><br> Defendant. | No. 2:21-CV-00525-RSM <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET INITIAL DATES** |

This matter comes before the Court on Plaintiff T-Mobile US, Inc.'s Unopposed Motion to Reset Initial Dates (the "Motion"). The Court has considered the Motion, and otherwise being fully informed in this matter, ORDERS that Motion is GRANTED and relevant case deadlines are hereby modified as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/7/2021 | 7/6/2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/14/2021 | 7/13/2021 |
| Combined Joint Status Report and Discovery Plan | 5/21/2021 | 7/20/2021 |

/

/

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO RESET INITIAL DATES
(Case No. 2:21-CV-00525-RSM)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DATED this 5th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*:

*/s/Gary E. Hood*
Gary E. Hood, WSBA No. 26209

Polsinelli PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5400
Email: ghood@polsinelli.com

Of Counsel:

Jay E. Heidrick
(*pro hac vice application forthcoming*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Fax: (816) 753-1536
Email: jheidrick@polsinelli.com


Randal S. Alexander
(*pro hac vice applications forthcoming*)
Monica M. Gutierrez
(*pro hac vice applications forthcoming*)
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Fax: (312) 819-1910
Email: ralexander@polsinelli.com
 mgutierrez@polsinelli.com

*Attorneys for Plaintiff T-Mobile, US, Inc.*

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO RESET INITIAL DATES
(Case No. 2:21-CV-00525-RSM)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400