The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMPLY WIRELESS, INC., <br><br> Defendant. | Case No. 2:21-cv-00525 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE MOTION TO DISMISS AND ORDER** <br><br> **Noted for: July 16, 2021** |

Plaintiff, T-Mobile US, Inc. ("T-Mobile"), and Defendant, Simply Wireless, Inc. ("Simply Wireless"), enter into the following stipulation to extend the time to August 2, 2021 for T-Mobile to respond to Motion to Dismiss.

On April 19, 2021, T-Mobile filed a civil action in the United District Court for the Western District of Washington (Dkt. No. 1).

On June 29, 2021, Simply Wireless filed a Motion to Dismiss (Dkt. No. 13).

T-Mobile's current deadline to file a responsive pleading is July 19, 2021, with a "noting date" of July 23, 2021.

On July 11, 2021, counsel for T-Mobile contacted Simply Wireless's counsel regarding a request for extension of time to file a responsive pleading. T-Mobile needs additional time because the Motion was filed just before the July fourth holiday and both in-house and outside counsel have been unavailable due to holiday travels. Additionally, lead counsel for T-Mobile has been

STIPULATION TO EXTEND TIME AND
ORDER - 1
(CASE NO. 2:21-CV-00525)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

consumed with briefing for a matter pending before the Kansas Supreme Court that was submitted last week. Therefore, counsel has not been able to complete the Response to Simply Wireless's Motion and good cause exists to grant this brief extension.

Simply Wireless's counsel agreed to an extension of time to file a responsive pleading and the parties hereby agree to an extension to August 2, 2021 for T-Mobile to file a response to the Motion to Dismiss. In turn, counsel for Simply Wireless will be on vacation with family the week of August 2, 2021, such that to avoid a likely request for further extensions, the parties have agreed to August 13, 2021 as the due date for any reply brief and the new "noting date."

SO STIPULATED.

DATED this 16th day of July 2021.

/s/ *Jessica M. Andrade*
Gary E. Hood (WSBA 26209)
Jessica M. Andrade (WSBA 39297)
POLSINELLI PC
1000 2nd Avenue, Suite 3500
Seattle, WA 98104
T:(206) 393-5400
F: (206) 393-5401
ghood@polsinelli.com
jessica.andrade@polsinelli.com

/s/ *Jay E. Heidrick*
Jay E. Heidrick
*Proc Hac Vice Forthcoming*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
T: (816) 753-1000
F: (816) 753-1536
jheidrick@polsinelli.com

/s/ *Randall S. Alexander*
Randall S. Alexander
Monica M. Gutierrez
*Pro Hac Vice Forthcoming*
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, Illinois 60606

STIPULATION TO EXTEND TIME AND
PROPOSED ORDER - 2
(CASE NO.  2:21-CV-00525)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

T: (312) 819-1900
F: (312) 819-1910
ralexander@polsinelli.com
mgutierrez@polsinelli.com

*Attorneys for Plaintiff T-Mobile US, Inc.*


/s/ *Daniel A. Brown*
Daniel A. Brown (WSBA 22028)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
T: (206) 628-6600
F: (206) 628-6611

/s/ *Sean Patrick Roche*
Sean Patrick Roche
William E. Evans
*Pro Hac Vice Forthcoming*
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
T: (703) 273-8898
F: (703) 273-8897
sroche@cameronmcevoy.com
wevans@cameronmcevoy.com

*Attorneys for Defendant Simply Wireless, Inc.*

STIPULATION TO EXTEND TIME AND
PROPOSED ORDER - 3
(CASE NO.  2:21-CV-00525)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

**ORDER**

The stipulation to extend the time to August 2, 2021 for T-Mobile to respond to Simply Wireless's Motion to Dismiss, and to August 13, 2021 as the new "noting date," is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for T-Mobile to file a response to Simply Wireless's Motion to Dismiss is extended from July 19, 2021 to August 2, 2021 and the deadline for Simply Wireless to file a reply brief is extend to August 13, 2021.

DATED this 21st day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*

/s/ *Jessica M. Andrade*
Gary E. Hood (WSBA 26209)
Jessica M. Andrade (WSBA 39297)
POLSINELLI PC
1000 2nd Avenue, Suite 3500
Seattle, WA 98104
T:(206) 393-5400
F: (206) 393-5401
ghood@polsinelli.com
jessica.andrade@polsinelli.com

/s/ *Jay E. Heidrick*
Jay E. Heidrick
*Pro Hac Vice Forthcoming*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
T: (816) 753-1000
F: (816) 753-1536
jheidrick@polsinelli.com



*/s/ Randall S. Alexander*
Randall S. Alexander
Monica M. Gutierrez
*Pro Hac Vice Forthcoming*
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, Illinois 60606
T: (312) 819-1900
F: (312) 819-1910
ralexander@polsinelli.com
mgutierrez@polsinelli.com

*Attorneys for Plaintiff T-Mobile US, Inc.*

*/s/ Daniel A. Brown*
Daniel A. Brown (WSBA 22028)
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
T: (206) 628-6600
F: (206) 628-6611

*/s/ Sean Patrick Roche*
Sean Patrick Roche
William E. Evans
*Pro Hac Vice Forthcoming*
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
T: (703) 273-8898
F: (703) 273-8897
sroche@cameronmcevoy.com
wevans@cameronmcevoy.com

*Attorneys for Defendant Simply Wireless, Inc.*

STIPULATION TO EXTEND TIME AND
PROPOSED ORDER - 5
(CASE NO. 2:21-CV-00525)



## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 16, 2021, I caused to be served via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*/s/ Jessica M. Andrade*
Jessica M. Andrade (WSBA 39297)

