UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMPLY WIRELESS, INC., <br><br> Defendant. | CASE NO. C21-525RSM <br><br> ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Protective Order. Dkt. #34.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as stated by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these instructions and instead list the following: "information concerning a party's business operations, financial information, internal processes, and technical and development information the

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

disclosure of which is likely to harm that party's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third person or to a Court." Dkt. #34 at 2.

Although some generic categories of documents are described, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the model protective order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Protective Order, Dkt. #34, is DENIED.

DATED this 23rd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2